[No. 19463-9-III.   Division Three.   October 9, 2001.]

THE STATE OF WASHINGTON, *Respondent*, v. KIMBERLY JANE TOMARAS, *Appellant*.

Appeal from a judgment of the Superior Court for Grant County, No. 99-8-00507-2, Evan E. Sperline, J., entered June 22, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Sweeney and Kato, JJ.

[No. 19753-1-III.   Division Three.   October 9, 2001.]

THE STATE OF WASHINGTON, *Appellant*, v. SANDRA ANN GLEAVE, *Respondent*.

Appeal from a judgment of the Superior Court for Stevens County, No. 00-1-00087-6, Larry M. Kristianson, J., entered November 16, 2000. *Affirmed* by unpublished opinion per Schulthesis, J., concurred in by Sweeney and Kato, JJ.

[No. 19467-1-III.   Division Three.   October 11, 2001.]

LARRY THORNTON, *Appellant*, v. AUBERTIN, BAILEY & NICHOLS LOGGING CO., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 99-2-00381-2, Jack Burchard, J., entered July 5, 2000. *Affirmed* by unpublished opinion per Schultheis, J., concurred in by Kurtz, C.J., and Brown, J.

[No. 19868-5-III.   Division Three.   October 11, 2001.]

DAN B. DECKERT, *Appellant*, v. REDDING CONSTRUCTION CO., *Respondent*.

Appeal from a judgment of the Superior Court for Benton County, No, 99-2-00074-6, Philip M. Raekes, J., entered November 2, 2000. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, C.J., and Sweeney, J.